IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BILLY MACK NICHOLS, JR.**                                      **PLAINTIFF**
**ADC #092713**

v.                     No. 2:18-cv-00119 JM-PSH

**ARKANSAS DEPARTMENT**
**OF CORRECTION,** *et al.*                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Nichols' motion for leave to proceed *in forma pauperis* (Doc. No. 1) is denied, and this case is dismissed without prejudice.

2. Nichols has thirty days to reopen the case by paying the $400 filing fee in full and filing a Motion to Reopen.

DATED this 7th day of September, 2018.

                                                               UNITED STATES DISTRICT JUDGE